# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CRAIG PATTERSON,

                              Plaintiff,

-vs-                                                      Case No.  6:06-cv-693-Orl-18KRS

CITY OF DAYTONA BEACH SHORES,
WILLIAM FRANK,
MATTHEW WALTERS,
STEPHAN DEMBINSKY,
                              Defendants.
_____

## ORDER

        This cause came on for consideration without oral argument on the following motions filed

herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANT, WILLIAM FRANK'S MOTION TO COMPEL PLAINTIFF'S ANSWERS TO INTERROGATORY NOS. 16 THROUGH 21 (Doc. No. 37)** |
| **FILED:** | **May 21, 2007** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

| | |
|---|---|
| **MOTION:** | **DEFENDANT, MATTHEW WALTERS' MOTION TO COMPEL PLAINTIFF'S ANSWERS TO INTERROGATORY NOS. 1 THROUGH 5 (Doc. No. 38)** |
| **FILED:** | **May 21, 2007** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

Defendants William Frank and Matthew Walters seek an order compelling Plaintiff Craig Patterson to provide more complete answers to certain interrogatories. Patterson had not responded to the motions as of the time of the writing of this order, and the time for doing so has passed.[1] Accordingly, I consider the motions to be unopposed.

Patterson answered each of the interrogatories at issue by stating, in sum, that he could not answer the interrogatories because they called for a legal conclusion. This response is insufficient because each of the interrogatories at issue asked Patterson to provide facts upon which he relies to support allegations of the complaint or to undermine affirmative defenses raised by the defendants, not legal conclusions. To the extent that the answers to these interrogatories were intended to be objections, the objections have been abandoned by failure to support them in a timely response to the present motions.

Accordingly, it is **ORDERED** that, on or before June 29, 2007, Plaintiff Craig Patterson shall serve supplemental sworn answers to interrogatory numbers 16 through 21 propounded by Defendant Frank and interrogatory numbers 1 through 5 propounded by Defendant Walters.

**DONE** and **ORDERED** in Orlando, Florida on June 8, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties

---

[1] The Case Management and Scheduling Order provides that responses to motions are due eleven days after service of a motion, plus three days for mailing. Doc. No. 27 at 5 & n.2. Because the motions were served on May 21, 2007, the responses were due on June 4, 2007.